IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:  PATRICIA A. POPOVICH

Civil Case # 1:16-cv-2441 -RLY-TAB

**FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff's/Deceased Party's Name: PATRICIA A. POPOVICH

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    NA

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    NA

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    PA

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    PA

6. Plaintiff's/Deceased Party's current state of residence:

   PA

7. District Court and Division in which venue would be proper absent direct filing:

   USDC-WESTERN DIST. PA-PITTSBURGH DIVISION

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical, LLC

   ☒ William Cook Europe APS

9. Basis of Jurisdiction
   ☒ Diversity of Citizenship
   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   PARAGRAPHS 6 THROUGH 28; Venue: paragraph 27, SMJ: Paragraph 23, Personal Jurisdiction: Paragraphs 24-26.

   b. Other allegations of jurisdiction and venue:
   Plaintiff alleges symptomatic perforation with damages exceeding $75,000.  Upon plaintiff's information and belief, Plaintiff bases her jurisdictional allegations on injuries from the 4 struts perforating the IVC wall and impinging on her duodenum causing  symptoms documented in her medical records including nausea & vomiting.  Plaintiff's symptoms have caused her pain & suffering now, in the past  and  will continue into the future.  Plaintiff will also require continued radiographic monitoring of her IVCF to asses its integrity & damage.

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip Vena Cava Filter

    ☒ Cook Celect Vena Cava Filter

    ☐ Günther Tulip Mreye

    ☐ Cook Celect Platinum

2

☐ Other: _____

11. Date of implantation as to each product:

    4.4.2012

12. Hospital(s) where Plaintiff was implanted (including City and State):

    UPMC Presbyterian Shadyside Hospital, Pittsburgh, PA,

13. Implanting Physician(s):

    Geetha Jeyabalan, MD, Pittsburgh, PA

14. Counts in the Master Complaint brought by Plaintiff(s):
    - ☑ Count I: Strict Products Liability - Failure to Warn
    - ☑ Count II: Strict Products Liability - Design Defect
    - ☑ Count III: Negligence
    - ☑ Count IV: Negligence *Per Se*
    - ☑ Count V: Breach of Express Warranty
    - ☑ Count VI: Breach of Implied Warranty
    - ☑ Count VII: Violations of Applicable Pennsylvania Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
    - ☐ Count VIII: Loss of Consortium
    - ☐ Count IX: Wrongful Death
    - ☐ Count X: Survival
    - ☑ Count XI: Punitive Damages

    Xx Other: <u>See Below</u> (please state the facts supporting this Count in the space, immediately below)

Upon plaintiff's information and belief, Plaintiff 's allegations involve injuries from the 4 COOK GUNTER TULIP struts perforating the IVC wall and impinging on her duodenum causing symptoms documented in her medical records including abdominal symptoms requiring medical treatment, nausea & vomiting. Plaintiff will

3

testify to bouts of abdominal pain which is likely caused by or contributed to the IVCF impinging on her duodenum. Plaintiff's symptoms have caused her pain & suffering now, in the past and will continue into the future.   Plaintiff has suffered pain and suffering, disability and impairment along with the emotional trauma, mental anguish from IVCF prongs that have perforated her IVC and are impinging on her bowel, that will continue into the future that will impede her ability to live a normal life.  As a result, Plaintiff requires continued medical care , and will also require continued radiographic monitoring of her IVCF to asses its integrity & damage.

Attorney for Plaintiff:

Elizabeth Dudley


15. Address and bar information for Attorney for Plaintiff:

Elizabeth Dudley, THE DUDLEY LAW FIRM, LLC, 23438 SW Pilot Point Rd, Douglass, Ks  67039; KS 21582

Date: July 13, 2024

Respectfully submitted,

By: s/Elizabeth Dudley
Elizabeth Dudley (KS Bar No. 21582)
  (admitted *pro hac vice*)

THE DUDLEY LAW FIRM, LLC,
23438 SW Pilot Point Rd,
 Douglass, Ks  67039;
316-746-3969
316-746-3922 (fax)
Liz@lizdudleylaw.com
***Attorney for Plaintiff***

4